UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-06619-SB-PJW | Date: | 1/15/2021 |
|---|---|---|---|

| Title: | *Carmen John Perri v. Golden Arch Properties, LP* |
|---|---|

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER TO SHOW CAUSE RE: DISMISSAL

On November 6, 2020, Plaintiff filed a notice of settlement, which indicated a voluntary dismissal would be filed within 45 days. Dkt. No. 15. No dismissal has been filed.

It is hereby **ORDERED** that the parties are to show cause why the action should not be dismissed with prejudice on **February 5, 2021 at 8:30 a.m.** If the parties settled the case, the Court expects them to file a proposed order to dismiss the entire action with prejudice forthwith and in no event later than **January 29, 2021**. The OSC shall be taken off calendar without further notice upon the timely filing of a proposed order dismissing the entire action with prejudice. Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date.